Andrew Kumar Paypal
102081
P.O. Box 8909
San Luis AZ 85349

CV-23-01042-PHX-JJT(JFM)

United States District Court
District of Arizona

| Shawn Jensen et al | CIV 12-0601 ROS |
| vs | NOTIFICATION Abouna |
| Ryan Thornell et al | HAZARDOUS CONDITION |

As in our medical unit — it is impossible to Receive treatment — for ADCRR — Packs us in medical — creating a Dangerous situation↓

1) The Security videos support This.

And as a consequence — many of us are refusing treatment — and as our Deputy Warden — has declined to take any corrective action I notify the Court.

Attached is my complaint to the Coordinator

Respectfully Submitted

[signature]

Sincerely

cc to Counsel

# Arizona Department of Corrections Rehabilitation and Reentry
## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue.*
*Please print all information.*

**INMATE NAME** (Last, First M.I.) (Please print): Tripati, Anni K
**ADCRR NUMBER:** 102081
**INSTITUTION/UNIT:** Yug/4 DISL
**DATE (mm/dd/yyyy):** 5/12/23

**TO:** COIV
**LOCATION:**

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Though Vasi in size - Medical - As it stands - poses a threat to our requesting treatment - and violates pp 11-12 of the injunction paras 1.6 and 1.7 specifically

(1) The pill line should be outside with 2 windows. As it stands - it is inside and impedes other services

(2) At any one time there are nurses - dental - provider - mental health - telemed - therapy - treatment lines. The area should be modified - so that we can get to these lines. As it stands - many of us are refusing medical care - due to the inability to feel safe. We are safer outside medical than in medical - due to overcrowding

(3) Staff assigned to medical should be experienced. As it stands - they are not trained to work medical. This creates a lot of chaos

Video
(4) A look at the medical video proves this fact.

I spoke to DW Quinteen and she outright lied to me - that she will resolve this - taking no action

**INMATE SIGNATURE:** [signature]
**DATE (mm/dd/yyyy):** 5/12/23

Have you discussed this with institution staff?  ☐ Yes  ☐ No
If yes, give the staff member name:

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate: Crosmer
ADC#: 102181
Arizona State Prison Complex: Yuma
Unit: Cibola
City: Sam Luis AZ 85349

RECEIVED
MAY 26 2023
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

PHOENIX AZ 852
25 MAY 2023

US DISTRICT Court
401 W. Washington
Phoenix AZ 85003

